IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-cv-00161-M-RN

| | |
|---|---|
| JEROME M. ENSMINGER, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JANE ENSMINGER, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | NOTICE OF WITHDRAWAL OF GOVERNMENT COUNSEL PURSUANT TO LCR 5.2(d) |

Pursuant to Local Civil Rule 5.2(d), please withdraw the appearance of Geoffrey C. Cook on behalf of Defendant United States; the undersigned certifies that Mr. Cook is no longer associated with the above-captioned matter.

DATED this 29th day of September, 2023.

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

J. PATRICK GLYNN
Director, Torts Branch
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Assistant Director, Torts Branch
Environmental Torts Litigation Section

ADAM BAIN
Senior Trial Counsel, Torts Branch
Environmental Torts Litigation Section

1

/s/ LaCresha A. Johnson
LACRESHA A. JOHNSON
D.C. Bar No. 1017232
Trial Attorney, Torts Branch
Environmental Torts Litigation Section
U.S. Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: LaCresha.A.Johnson@usdoj.gov
Telephone: (202) 616-4447
Fax: (202) 616-4473

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2023, a copy of the foregoing Notice of Withdrawal of Government Counsel was filed via the Court's ECF system and served on counsel of record through the ECF system.

                                        */s/ LaCresha A. Johnson*
                                        LACRESHA A. JOHNSON