IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-cv-00161-M-RN

| | |
|---|---|
| JEROME M. ENSMINGER, as Personal Representative of the Estate of JANE ENSMINGER, | )<br>)<br>)<br>) |
| Plaintiff, | ) NOTICE OF APPEARANCE |
| | ) |
| v. | )<br>) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | |

Please enter the appearance of the following attorney on behalf of Defendant in the above-captioned matter:

Traci C. McKeever
Trial Attorney
U.S. Department of Justice
Tennessee Bar No. 020704
E-mail: Traci.C.McKeever@usdoj.gov
Telephone: (202) 616-9296
Fax: (202) 616-4473

Street Address:
1100 L St. NW, Ste. 3304
Washington, DC 20005

U.S. Mail Address:[1]
P.O. Box 340, Ben Franklin Station
Washington, DC 20044

DATED this 19th day of October, 2023.

Respectfully submitted,

---

[1] All deliveries to the undersigned via U.S. Mail are significantly delayed due to security precautions. All materials should be sent via private delivery service to the street address above.

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

J. PATRICK GLYNN
Director, Torts Branch
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Assistant Director, Torts Branch
Environmental Torts Litigation Section

ADAM BAIN
Senior Trial Counsel, Torts Branch
Environmental Torts Litigation Section

*/s/ Traci C. McKeever*
TRACI C. MCKEEVER
Trial Attorney, Torts Branch
Environmental Torts Litigation Section
U.S. Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: Traci.C.McKeever@usdoj.gov
Telephone: (202) 616-9296
Fax: (202) 616-4473

Attorney inquiries to DOJ regarding the
Camp Lejeune Justice Act:
(202) 353-4426

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 19, 2023, a copy of the foregoing Notice of Appearance was filed via the Court's ECF system and served on counsel of record through the ECF system.

                                        */s/ Traci C. McKeever*
                                        TRACI C. MCKEEVER